1  THOMAS R. BURKE (CA Bar No. 141930)
     thomasburke@dwt.com
2  DAVIS WRIGHT TREMAINE LLP
   50 California Street, 23rd Floor
3  San Francisco, California 94111
   Telephone: (415) 276-6500
4
   AMBIKA KUMAR (*pro hac vice* application forthcoming)
5     ambikakumar@dwt.com
   DAVIS WRIGHT TREMAINE LLP
6  920 Fifth Avenue, Suite 3300
   Seattle, Washington 98104
7  Telephone: (206) 757-8030

8  ADAM S. SIEFF (CA Bar No. 302030)
     adamsieff@dwt.com
9  DAVIS WRIGHT TREMAINE LLP
   865 South Figueroa Street, 24th Floor
10 Los Angeles, California 90017
   Telephone: (213) 633-6800
11

12 Attorneys for Plaintiff
   YELP INC.
13

14
                   IN THE UNITED STATES DISTRICT COURT
15
                   THE NORTHERN DISTRICT OF CALIFORNIA
16
                          SAN FRANCISCO DIVISION
17

18 | YELP INC., | Case No. 3:23-cv-4977 |
19 |     Plaintiff, | |
20 |     v. | **PLAINTIFF YELP INC.'S CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS UNDER FED. R. CIV. P. 7.1 AND CIV. L.R. 3-15** |
21 | KEN PAXTON, ATTORNEY GENERAL OF THE STATE OF TEXAS, | |
22 | in his official capacity, | |
23 |     Defendant. | |

---

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
Case No. 3:23-cv-4977

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, there is no conflict to report.

Pursuant to Federal Rule of Civil Procedure 7.1(a), Plaintiff Yelp Inc. certifies that it has no parent company, and that the following publicly held corporations own 10% or more of its stock:

1. BlackRock, Inc.
2. The Vanguard Group, Inc.

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including, but not limited to, parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a nonfinancial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. BlackRock, Inc.
2. The Vanguard Group, Inc.

DATED: September 27, 2023                     DAVIS WRIGHT TREMAINE LLP

                                            By: */s/   Thomas R. Burke*
                                                       Thomas R. Burke

Attorneys for Plaintiff
Yelp Inc.

1
CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
Case No. 3:23-cv-4977

DAVIS WRIGHT TREMAINE LLP
50 CALIFORNIA STREET, 23RD FLOOR
SAN FRANCISCO, CALIFORNIA 94111
Tel: (415) 276-6500