1  THOMAS R. BURKE (CA Bar No. 141930)
     thomasburke@dwt.com
2  DAVIS WRIGHT TREMAINE LLP
   50 California Street, 23rd Floor
3  San Francisco, California 94111
   Telephone: (415) 276-6500
4
   AMBIKA KUMAR (*pro hac vice* application forthcoming)
5    ambikakumar@dwt.com
   DAVIS WRIGHT TREMAINE LLP
6  920 Fifth Avenue, Suite 3300
   Seattle, Washington 98104
7  Telephone: (206) 757-8030

8  ADAM S. SIEFF (CA Bar No. 302030)
     adamsieff@dwt.com
9  DAVIS WRIGHT TREMAINE LLP
   865 South Figueroa Street, 24th Floor
10 Los Angeles, California 90017
   Telephone: (213) 633-6800
11

12 Attorneys for Plaintiff
   YELP INC.
13

14
                        IN THE UNITED STATES DISTRICT COURT
15
                        THE NORTHERN DISTRICT OF CALIFORNIA
16
                                SAN FRANCISCO DIVISION
17

| | |
|---|---|
| 18  YELP INC., | Case No. 3:23-cv-04977-SK |
| 19             Plaintiff, | **NOTICE OF APPERANCE OF ADAM S. SIEFF FOR PLAINTIFF YELP INC.** |
| 20         v. | |
| 21  KEN PAXTON, ATTORNEY GENERAL OF THE STATE OF TEXAS, | Action Filed: September 27, 2023 |
| 22  in his official capacity, | |
| 23            Defendant. | |

24

25

26

27

28

---

SIEFF NOTICE OF APPEARANCE
Case No. 3:23-cv-04977-SK

PLEASE TAKE NOTICE that Adam S. Sieff of the law firm Davis Wright Tremaine LLP hereby enters an appearance as counsel for Plaintiff Yelp Inc. Mr. Sieff is a member in good standing of the California State Bar, and admitted to practice before this Court. Mr. Sieff's contact information is as follows:

> Adam S. Sieff
> Davis Wright Tremaine LLP
> 865 South Figueroa Street, 24th Floor
> Los Angeles, California 90017
> Telephone: (213) 633-6800
> Email: adamsieff@dwt.com

DATED: September 28, 2023                         DAVIS WRIGHT TREMAINE LLP

By: */s/   Adam S. Sieff*
         Adam S. Sieff

Attorneys for Plaintiff Yelp Inc.

SIEFF NOTICE OF APPEARANCE
Case No. 3:23-cv-04977-SK

1

DAVIS WRIGHT TREMAINE LLP
50 CALIFORNIA STREET, 23RD FLOOR
SAN FRANCISCO, CALIFORNIA 94111
Tel: (415) 276-6500