# EXHIBIT C

(https://trust.yelp.com/)   Recommendation software (https://trust.yelp.com/recommendation-software/)   Consumer Alerts ⌄   Content mode

# Trust & Safety Report

View 2022 Yelp Trust & Safety Report (https://trust.yelp.com/yelp-trust-safety-report-2022/)

## Looking back on 2022

Prioritizing trust is about making significant investments to maintain the integrity and quality of content on our platform. Our Trust & Safety Report provides a comprehensive overview of the steps we took to safeguard the community and level the playing field for all businesses by surfacing the most reliable and useful content on Yelp.

## Breakdown of Contributed Reviews in 2022*



* Data is sourced globally as of Dec. 31, 2022, and reflects reviews from Jan. 1, 2022 through Dec. 31, 2022.
1  This number has been rounded and includes reviews that are currently recommended, not recommended or that have been removed.
2  Reviews removed by Yelp's moderators or reviews associated with account closures as a result of content policy violations.
3  Yelp users can remove their own individual reviews on the platform or remove all their reviews by closing or deleting their accounts.

Source: Yelp
Chart: The DataFace

## Recommending the most helpful and reliable reviews

In 2022, approximately **21 million** reviews were contributed to Yelp, up 3% from 2021. Yelp's automated recommendation software regularly analyzes all reviews, reviewers and businesses using hundreds of signals and billions of data points to evaluate the usefulness and reliability of each review.

Learn more about Yelp's automated recommendation software

(https://trust.yelp.com/)

# 1,100+

## reports made by Yelp to other online platforms

to warn them of 900+ suspicious groups, posts, or individuals found
participating in review exchanges on their site*

*Data is sourced from the U.S. only.*

*Source: Yelp*

## Combating compensated and incentivized reviews

Yelp strictly prohibits offering incentives or other compensation in exchange for writing, changing or removing a review. To help mitigate against this activity, we issued **415+** warnings to businesses, placed **490+** Compensated Activity Alerts and Suspicious Review Activity Alerts on business pages, closed **1,740+** user accounts for being associated with review rings, and more.

Learn more about how Yelp's User Operations team moderates content

(https://trust.yelp.com/)                    Recommendation software (https://trust.yelp.com/recommendation-software/)        Consumer Alerts ⌄        Content mode



# 1,300+

## businesses recategorized as Crisis Pregnancy Centers

by Yelp's moderators during a manual evaluation of 55,600+ reproductive health service business pages when our investigations found that the business did not offer actual abortion services or referrals to such services*

*Data is sourced from the U.S., Canada and Puerto Rico.*

*Source: Yelp*

## Providing reliable information about reproductive health services

In 2022, we continued to make critical health and safety information easily accessible on Yelp by more clearly identifying Crisis Pregnancy Centers (https://blog.yelp.com/news/providing-consumers-with-reliable-information-about-reproductive-health-services/) to help consumers avoid potential deception. Our User Operations team also manually evaluated reproductive health service business pages and recategorized as Crisis Pregnancy Centers those that did not provide actual abortion services or referrals to such services.

Learn more about how Yelp's User Operations team moderates content

# Reviews Reported on Yelp in 2022

**39%**
of reported reviews were
removed for violating Yelp's
content policies

**530K+**
Reviews reported by Yelp's
community of users and
business owners

*Source: Yelp*
*Chart: The DataFace*

## Removing content that violates Yelp's policies

Yelp's User Operations team investigates content and platform activity through proactive and reactive moderation efforts. In 2022, they removed **26,500+** reviews for policy violations, including threats, lewdness or hate speech. They also verified each new business page submitted to Yelp, rejecting **32,800+** potential new business pages for being associated with spammy behaviors in violation of Yelp's policies.

Learn more about how Yelp's User Operations team moderates content

(https://trust.yelp.com/)                    Recommendation software (https://trust.yelp.com/recommendation-software/)        Consumer Alerts ⌄        Content mode



## Alerting our community of abnormal activity and attempts to mislead them

We publish Consumer Alerts on business pages to warn users when we detect abnormal activity or find evidence of extreme attempts to manipulate a business's ratings and reviews.

In 2022, the most common alert we published was our Media Attention Alerts, which resulted in the removal of **74,500+** reviews. We place these alerts when a business, after gaining public attention, receives an influx of Yelp reviews that do not reflect first-hand experiences.

Learn more about Yelp's Consumer Alerts program





## Yelp Avoided Producing Information Related to 92% of User Accounts

that were the subject of legal demands from law enforcement, government agencies and private parties in 2022*

**948** user accounts did not have personal information produced

**1,033** user accounts were at issue within **99** legal demands

\* Data is sourced globally.
† Data is sourced from the U.S. only.

Source: Yelp
Chart: The DataFace

## Protecting consumers from abuses of the legal system

Legal demands can be used to silence consumers, which is why Yelp often objects to them when they seek personal user account information. In 2022, Yelp avoided producing information related to **97%** of user accounts that were the subject of legal demands from private parties and **84%** of user accounts that were the subject of legal demands from law enforcement and government agencies.

Learn more about Yelp's efforts to protect users' personal data

## Learn more from previous reports

YELP

**2021 Yelp Trust & Safety Report**

(https://trust.yelp.com/wp-content/uploads/2022/02/Yelp-Trust-Safety-Report-
Read report 2021.pdf)

YELP

**2020 Yelp Trust & Safety Report**

(https://trust.yelp.com/wp-content/uploads/2021/02/Yelp-Trust-and-Safety-Report-
Read report 2020.pdf)

YELP

[(https://trust.yelp.com/)](https://trust.yelp.com/)

Recommendation software (https://trust.yelp.com/recommendation-software/)

Yelp continues to crack down on
compensated reviews, calls on other online
platforms to take action

(https://blog.yelp.com/news/yelp-
continues-
to-
crack-
down-
on-
compensated-
reviews-
calls-
on-
other-
online-
platforms-
to-
take-
Read blog action/)

>

# Protecting the integrity of our content is about keeping Yelp useful and safe

Learn more about how we are safeguarding the information on Yelp.

View Yelp's Trust & Safety Report (https://trust.yelp.com/yelp-trust-safety-report-2022/)



## About Yelp

About Yelp (https://yelp.com/about)

Careers (https://yelp.com/careers/home)

Press (https://yelp.com/press)

Investor Relations (https://www.yelp-ir.com/)

Content Guidelines (https://yelp.com/guidelines)

Terms of Service (https://terms.yelp.com/tos/)

Privacy Policy (https://terms.yelp.com/privacy/)

Ad Choices (https://yelp.com/static?
&p=privacy#third-parties)

## Discover

The Local Yelp (https://yelp.com/local_yelp)

Yelp Blog (https://blog.yelp.com/)

Support (https://www.yelp-support.com/?l=en_US)

Yelp Mobile (https://yelp.com/yelpmobile?
source=footer)

Developers (https://yelp.com/developers?
country=US)

RSS (https://yelp.com/rss)

## Yelp for Business Owners

Claim your Business Page
(https://biz.yelp.com/claim?utm_medium=trust-
web&utm_source=trust-footer&utm_content=footer-
link)

Advertise on Yelp
(https://business.yelp.com/products/yelp-ads/?
utm_medium=trust-web&utm_source=trust-
footer&utm_content=footer-link)

Yelp for Restaurants (https://restaurants.yelp.com/?
utm_medium=trust-web&utm_source=trust-
footer&utm_content=footer-link)

Marketing & Advertising Agencies
(https://business.yelp.com/partners/?
utm_medium=trust-web&utm_source=trust-
footer&utm_content=footer-link)

(https://trust.yelp.com/)

Recommendation software (https://trust.yelp.com/recommendation-software/)    Consumer Alerts (/    Content mode

Business Success Stories (https://business.yelp.com/resources/case-studies/? utm_medium=trust-web&utm_source=trust-footer&utm_content=footer-link)

Business Support (https://www.yelp-support.com/Yelp_for_Business_Owners? l=en_US&utm_medium=trust-web&utm_source=trust-footer&utm_content=footer-link)

Yelp Business Blog (https://blog.yelp.com/category/businesses/? utm_medium=trust-web&utm_source=trust-footer&utm_content=footer-link)

**Still have questions?**

Visit our Support Center (https://support.yelp.com)

For press inquiries please reach out to **press@yelp.com (mailto:press@yelp.com)**



# 2022 Yelp Trust & Safety Report

**February 1, 2023 | trust.yelp.com**

# Contents

› **Introduction**                                                                                    **3**

How Yelp Maintains Content Integrity

Prioritizing Trust & Safety: 2022 by the Numbers

    Yelp's Automated Recommendation Software

    Content Moderation at Yelp

    Yelp's Consumer Alerts Program


› **Prioritizing Content Quality in 2022**                                                            **8**

Combating Compensated and Incentivized Reviews

    Compensated Activity Alerts

    Suspicious Review Activity Alerts

    Coordinating Investigations into Third-Party Sites to Uncover Deceptive Review Practices

    Reigning in Reputation Management Companies

Removing Potentially Harmful Content from Yelp

    Identity Attributes

Providing Reliable Information About Reproductive Health Services

    Yelp Introduces a New Consumer Notice for Crisis Pregnancy Centers

Bringing More Restaurant Inspection Data to Yelp

Moderating Business Pages that Gain Public Attention Through Media Attention Alerts

    Unusual Activity Alerts

    Public Attention Alerts

    Media-fueled Incidents in 2022


› **Protecting Consumers from Abuses of the Legal System**                                            **15**

Questionable Legal Threat Alerts


› **Conclusion**                                                                                      **16**



# Introduction

Yelp's mission is to connect consumers with great local businesses by giving them access to reliable and useful information. Consumer trust is a top priority, which is why we take significant measures to maintain the integrity and quality of the content on Yelp, while leveling the playing field for all businesses.

This year's Trust & Safety Report outlines the various ways we protected content integrity across our platform in 2022. We closed more than **1,740** user accounts for being connected to groups that coordinate incentivized reviews.[†] We also made more than **1,100** reports to third-party sites, flagging nefarious review activity.[*] Third-party platforms took action on content at issue in **approximately 77%** of our reports.[*] We protected more than **128,500** businesses that self-identified as Black-, Latinx-, Asian- or LGBTQ-owned with an identity attribute on their Yelp page from potentially harmful content by proactively removing more than **2,000** reviews before they even appeared on the business's Yelp page.[‡]

In 2022, we continued to make critical public health and safety information easily accessible on Yelp by expanding restaurant health inspection data, as well as more clearly identifying Crisis Pregnancy Centers to help consumers avoid potential deception. In fact, our User Operations team evaluated more than **55,600** reproductive health services pages, leading to the recategorization of more than **1,300** as Crisis Pregnancy Centers when our investigations found that the business did not offer actual abortion services or referrals to such services.[§]

We also continued to protect reviewers from abuses of the legal system and successfully avoided sharing personal information for **92%** of user accounts that were the subject of legal demands in 2022.[†4] Most notably, **52%** of the Questionable Legal Threat Alerts we placed on business pages last year stemmed from contractual gag clauses that attempt to prohibit people from posting feedback about goods and services.[‡]

**265M+**
**cumulative reviews contributed**
to the Yelp platform as of December 31, 2022 since our inception in 2004[*1]



### Distribution of Average Star Ratings Submitted by Yelp Users in 2022

as of December 31, 2022[*2]

The average star rating submitted by users is approximately **3.8** stars

1 star **20%**
2 stars **6%**
3 stars **6%**
4 stars **12%**
5 stars **56%**

On Yelp, a star rating must always accompany review text — without it there wouldn't be enough information to help consumers make a purchasing decision, or help businesses improve the customer experience. In fact, the average length of recommended reviews contributed to Yelp was **471** characters as of December 31, 2022.[*] According to a survey conducted by Material, 85% of respondents who read reviews say they're more likely to trust reviews with written text over only a star rating.[3]

Not only are ratings without review text less trustworthy, they can also have detrimental consequences to businesses. It can be difficult for a business owner to respond to feedback when there's no context available. In 2022, we also saw how bad actors can weaponize star ratings with no review text when reports of a Google Reviews extortion scheme affected numerous restaurants in major cities. This incident did not occur on Yelp, in part because of our mandatory review text policy.

---

[*]   Data is sourced globally.
[†]   Data is sourced from the U.S. and Canada.
[‡]   Data is sourced from the U.S. only.
[§]   Data is sourced from the U.S., Canada and Puerto Rico.
[1]   This includes reviews that are currently recommended, not recommended or that have been removed.
[2]   Yelp only uses recommended reviews to calculate average rating.
[3]   _Material Survey 2022._ This survey was fielded by Material among 2,000 people aged 18+ in the United States. The survey was conducted online during the period of August and September 2022 and has a margin of error of +/- 2%. Results of any sample are subject to sampling variation. The magnitude of the variation is measurable and is affected by the number of interviews and the level of the percentages expressing the results.
[4]   Legal demands include subpoenas, warrants and other legal requests from law enforcement, government entities and private parties in litigation.



## Distribution of Average Business Ratings

as of December 31, 2022 for U.S. businesses across all categories on Yelp with five or more reviews.* Yelp only uses recommended reviews to calculate the average rating of a business.



Share of Business Ratings

| 1 and 1.5 star average | 2 and 2.5 stars | 3 and 3.5 stars | 4 and 4.5 stars | 5 stars |
|---|---|---|---|---|
| 6% | 16% | 24% | 38% | 16% |

On the Yelp platform, the distribution of average star ratings for businesses tends to have a normal distribution, meaning it's similar to what the typical consumer experiences with businesses in the real world. Not every experience is five stars or one star — most are in between.

## How Yelp Maintains Content Integrity

At Yelp, we invest in both technology and human moderation to address and mitigate misinformation on our platform. The measures we have in place help us maintain the integrity and quality of the content on our site, while leveling the playing field for business owners. In fact, academic studies, industry experts, the media and regulators have shown that Yelp is one of the most aggressive and successful at identifying and weeding out unreliable reviews.

1   **Our automated recommendation software** regularly analyzes all reviews, reviewers and businesses using hundreds of signals and billions of data points to evaluate the usefulness and reliability of each review.

2   **Our community of users and business owners** serve as an additional layer of oversight to help report content they believe violates our guidelines and suggest updates to business information.

3   **Our moderators investigate content and platform activity,** evaluating the content our community reports. We also conduct proactive investigations on third-party sites to disrupt the market for deceptive reviews and other content. In certain instances, we may publish Consumer Alerts on business pages to warn consumers when we detect abnormal activity or learn about egregious attempts to manipulate ratings and reviews.

4   **Our commitment to encourage authentic content** from the start of the user experience helps make us a reliable community-driven review platform. Our users can share more information about themselves by completing their Yelp profiles, and the Yelp Elite Squad program recognizes users who are active in the Yelp community and consistently contribute high-quality content.

---

*   *Data is sourced from the U.S. only.*



# Prioritizing Trust & Safety: 2022 by the Numbers

*All metrics calculated between January 1, 2022 through December 31, 2022, unless otherwise noted*

## Yelp's Automated Recommendation Software

To help surface the most helpful and reliable content to consumers, Yelp leverages an automated recommendation software, which is a powerful tool that evaluates every review based on hundreds of signals of quality, reliability and user activity on Yelp. The software looks for things like unfairly biased reviews — including those written by reviewers who are likely affiliated with the business or potential competitors — which other platforms may fail to catch.

Our automated recommendation software is also engineered to look for reviews it suspects a business may have asked for, even if no compensation changes hands. Unlike other review sites, Yelp firmly prohibits review solicitation. Asking for reviews can make the information less helpful to all consumers because it may pressure people to inflate their rating, as compared to those motivated to provide feedback on their own. In a recent survey, 46% of review readers said they would be more likely to write a more positive review than originally intended if a business asked them to leave a review.[†] Review solicitation also can create a false perception of popularity by artificially inflating a business's review count.

The recommendation software is entirely automated and applies the same objective rules to every business. The reviews that are recommended for any business can change over time as Yelp's software learns more about the reviewers and the business. While some review platforms use an algorithm to automatically delete potentially fake reviews, our algorithm still allows consumers to view not recommended reviews for a business on a dedicated page. Learn more here.

**21M**
**cumulative reviews**
were contributed to Yelp in 2022, up 3% from 2021[1]

### Breakdown of Contributed Reviews in 2022[*]
as of December 31, 2022



Removed by Yelp's moderators[2]
**4%**

Removed by reviewers themselves[3]
**2%**

Not recommended reviews
**19%**

Recommended reviews
**75%**

---

\*    *Data is sourced globally and reflects reviews from Jan. 1, 2022 through Dec. 31, 2022.*
†    *Material Survey 2022.*
1    *This number has been rounded and includes reviews that are currently recommended, not recommended or that have been removed.*
2    *Reviews removed by Yelp's moderators or reviews associated with account closures as a result of content policy violations.*
3    *Yelp users can remove their own individual reviews on the platform or remove all their reviews by closing or deleting their accounts.*



## Content Moderation at Yelp

Yelp's User Operations team is on the frontlines of protecting data quality, investigating potential fraud and moderating content. They continuously identify, investigate and stop deceptive activity through a variety of techniques, including removing bad actors from the Yelp platform.

They conduct proactive investigations, as well as rely on consumers and business owners to report reviews or suspicious behaviors they believe violate our Terms of Service and Content Guidelines. All flagged content is reviewed by our moderators, and if they determine it violates our policies it will be removed from the platform.

As part of our moderation process, Yelp typically notifies reviewers if their content has been removed. We also offer an appeals process if a user believes a review removed by our moderators does not violate our content policies.

**206,700+**
**reported reviews removed**
by Yelp's content moderation team in 2022†

**77,400+**
**user accounts closed**
due to Terms of Service violations, including suspected deceptive or abusive behaviors*1

### Reviews Reported on Yelp in 2022†



**39%**
of reported reviews were removed for violating Yelp's content policies

**530K+**
Reviews reported by Yelp's community of users and business owners

## Distribution of Reported Reviews Removed by Reason in 2022†

**206.7K+** reviews that were reported by users were removed by Yelp's moderators



■ Not Reliable or Helpful   ■ Inappropriate Content   ■ Conflicts of Interest

| | |
|---|---|
| Not a First-hand Consumer Experience | 25% |
| Posted by Someone Affiliated with the Business, a Competitor or Ex-employee | 13% |
| Contains Threats, Lewdness or Hate Speech | 13% |
| Represents an Extraordinary Experience<br>*This includes reviews that violate Yelp's COVID-19 content guidelines or stem from a business gaining public attention* | 10% |
| Is for the Wrong Business | 10% |
| Duplicating Reviews for Multiple Locations<br>*This includes when a user posts the same content across multiple business pages* | 3% |
| Violates Yelp's Privacy Standards<br>*This includes posting close-up photos of other patrons without their permission* | 1% |
| Other<br>*This includes reviews that lack relevance (such as promotional content) or other matters that don't address the core of the consumer experience* | 25% |

---

\*   *Data is sourced globally.*
†   *Data is sourced from the U.S. only.*
1   *When an account is closed due to suspected deceptive or abusive behaviors, their reviews are removed as well.*



## Yelp's Consumer Alerts Program

A decade ago, we introduced our Consumer Alerts program to warn people when we find evidence of extreme attempts to manipulate a business's ratings and reviews. We've since expanded the program to include other egregious tactics that may harm consumers and unfairly put other businesses at a disadvantage.

Before issuing a Consumer Alert, we conduct a thorough investigation to confirm that it is warranted. When we do issue an alert, a warning message is displayed over the reviews of that business's Yelp page informing consumers about the violation of our policies with a link to view evidence we collected when available. Learn more here.

# 2,700+
**total Consumer Alerts placed**
on Yelp business pages in 2022 to warn users of potential attempts to mislead them†

## Distribution of Consumer Alerts on Yelp
between January 1, 2022 and December 31, 2022



Compensated Activity* *(see page 8)*
**3%**

Questionable Legal Threats† *(see page 16)*
**2%**

Suspicious Review Activity* *(see page 8)*
**15%**

Media Attention Alerts† *(see page 13)*
**80%**

---

* *Data is sourced globally.*
† *Data is sourced from the U.S. only.*

2022 Yelp Trust & Safety Report

# Prioritizing Content Quality in 2022

Yelp is committed to empowering and protecting consumers by surfacing helpful and trusted information about local businesses. In addition to mitigating bad actors and removing deceptive content, we also invest in making valuable information easier for consumers to find so that they can make more informed spending decisions.

## Combating Compensated and Incentivized Reviews

Yelp strictly prohibits offering incentives or other compensation in exchange for writing, changing or removing a review.

There are a variety of measures we take to thwart these behaviors both on and off our platform. Learn more about how Yelp cracks down on incentivized reviews here.

**415+**
**warnings issued to businesses**
by Yelp's User Operations team for engaging in compensated or incentivized review behaviors*

### Compensated Activity Alerts

Compensated Activity Alerts are placed on business pages when we receive evidence that someone is offering cash or other incentives in exchange for posting, updating or removing a review. After a thorough investigation, if it's warranted, we may place a Compensated Activity Alert on a business's Yelp page to warn consumers about the business's review practices. If the offending behavior stops, the alert will generally be removed from the business page after 90 days.

**88**
**Compensated Activity Alerts**
placed on business pages in 2022*

### Suspicious Review Activity Alerts

Yelp places Suspicious Review Activity Alerts on business pages to warn consumers when our systems detect a large number of positive reviews coming from a single IP address, or reviews from users who may be connected to a group that coordinates incentivized reviews.

Our User Operations team's investigations led to the closures of **1,740** user accounts in 2022, up **128%** from 2021.†

**405**
**Suspicious Review Activity Alerts**
placed on business pages in 2022*

**1,740+**
**user accounts closed**
for being associated with review rings or as part of our Suspicious Review Activity Alert investigations in 2022†

## Suspicious Review Activity Alerts in 2022*



Businesses with possible connections to deceptive review rings
**34%**

Inordinate number of reviews coming from the same IP address
**66%**

---
\*   *Data is sourced globally.*
†   *Data is sourced from the U.S. and Canada.*



## Coordinating Investigations into Third-party Sites to Uncover Deceptive Review Practices

Yelp regularly coordinates investigations to uncover deceptive review practices, including monitoring and infiltrating online groups on other platforms where people may attempt to trade or pay for reviews — practices that mislead consumers and hurt businesses beyond our platform.

Our investigators routinely report groups, posts or individuals participating in online review exchanges on third-party sites, or when we detect other review selling or removal services originating from their communities. Third-party platforms took action on content at issue in **approximately 77%** of our reports.*

**1,100+**

**reports made by Yelp to other online platforms** to warn them of content from more than **900 suspicious groups, posts or individuals** we found on their sites*



### Yelp's Reporting of Deceptive Review Practices to Other Platforms
as of December 31, 2022*



We have had success working with some sites to report deceptive review practices we find, and in some cases even improving their ability to block this behavior in the future. However, ultimately we are not able to control what's being posted on other sites or how other platforms decide to handle our reports.

## Reigning in Reputation Management Companies

Yelp routinely investigates attempted review gating efforts on our platform — which is when a business only encourages customers with positive feedback to write an online review about their business — as well as other misleading practices that third-party reputation management services often market to local businesses.

For years, Yelp has notified the Federal Trade Commission (FTC) and other regulators about the prevalence of review gating and other deceptive conduct, and have provided them with leads on those that engage in these practices. In January 2022, the FTC issued warning letters to 10 review management platforms — each of which we had previously shared with the FTC for their further investigation, in addition to contacting several of them ourselves demanding that they cease any Yelp-related activities.

---

*   *Data is sourced globally.*



# Removing Potentially Harmful Content from Yelp

At Yelp, our User Operations team is dedicated to protecting the integrity of the content our community contributes to the platform. When a community member, business owner or our automated systems alert our team about a potential issue, a human moderator reviews the case.

## 26,500+
**reviews removed**
for threats, lewdness, hate speech or other potentially harmful content in 2022*

## 28%
**of all reported contributions removed**
by Yelp's User Operations team in 2022 for violating our policies[1]†

## 2%
**of all Yelp contributions removed following proactive investigations**
by Yelp's User Operations team in 2022.[2]† This includes additional analysis of content reported by our users, which may lead to the discovery of other deceptive behaviors.

When a new business is added to Yelp, our User Operations team goes to great lengths to **thwart spammy or deceptive businesses** from appearing on the platform by verifying each new business page submission. Our efforts help prevent these businesses from creating fake, duplicate or multiple listings with an intent to generate leads, dilute search results and/or gain SEO advantages.

## 32,800+
**potential new business pages rejected**
by Yelp's User Operations team for being associated with spammy behaviors, violating Yelp's policies‡

**"Lead generators"** create fake business pages then take the customer leads generated and auction them to other contractors. This behavior tricks people into paying exorbitant costs for services, targeting vulnerable consumers who are often allowing service providers into their home (locksmiths, movers, home cleaning, etc.). Our User Operations team regularly detects and blocks these bad actors.

## Nearly 2,000
**business pages removed**
for being associated with lead generators, violating Yelp's policies‡

## Identity Attributes

Business owners can add identity attributes to their Yelp page to make it easier for consumers to find and support diverse businesses. To protect these businesses from hateful, racist or other potentially harmful content that violates our policies, we have safeguards in place to catch inappropriate content before it's published to the business page.

## 2,000+
**reviews proactively removed**
from business pages with an identity attributes for containing potentially harmful content in 2022*

### Reviews Proactively Removed for Hateful, Racist or Other Potentially Harmful Content
as of December 31, 2022*

› **Asian-owned businesses:** **475** total reviews removed through proactive moderation work across **23,500+** business pages

› **Black-owned businesses:** **320+** total reviews removed through proactive moderation work across **50,900+** business pages

› **Latinx-owned businesses:** **800+** total reviews removed through proactive moderation work across **43,200+** business pages

› **LGBTQ-owned businesses:** **410+** total reviews removed through proactive moderation work across **11,000+** business pages

---

\*   *Data is sourced from the U.S. only.*
†   *Data is sourced globally.*
‡   *Data is sourced from the U.S. and Canada.*
1   *Reported contributions removed include reviews, photos, tips, community Q&As, Connect posts, events, business comments, direct messages, messages to a business and user profiles.*
2   *Other contributions removed include reviews, photos, tips, user votes on reviews, compliments and community Q&As.*

     2022 Yelp Trust & Safety Report



## Providing Reliable Information About Reproductive Health Services

It's well-reported that crisis pregnancy centers do not offer abortion services and that many provide misleading information in an attempt to steer people to other options. Since 2018, Yelp's moderators have manually evaluated business pages and recategorized them as Crisis Pregnancy Centers when we find evidence that the business offers reproductive health services, but does not offer actual abortion services or referrals to such services. We use information found from a business's social media pages, their website and Yelp reviews, among other reliable sources to determine if a business should be recategorized as a Crisis Pregnancy Center.

In 2022, after the Supreme Court decision to overturn *Roe v. Wade* and *Planned Parenthood v. Casey* the ability to access safe abortion care became more limited for millions of women across the U.S. – making access to information about businesses that offer reproductive health services more important than ever. As abortion trigger bans took effect in certain U.S. states, our moderators prioritized accurately recategorizing Crisis Pregnancy Centers in those states, followed by the rest of the nation.

### Yelp Introduces a New Consumer Notice for Crisis Pregnancy Centers

In August 2022, to protect consumers from the potential of being misled or confused when looking for reproductive health services, we introduced a new consumer notice on Yelp business pages categorized as Crisis Pregnancy Centers. The notice informs consumers that these businesses typically provide limited medical services and may not have licensed medical professionals onsite.

We also improved the consumer search experience by better matching Yelp users who search for abortion services with reproductive health services that actually offer them and making it less likely they will see crisis pregnancy centers that don't.

## 1,300+
**businesses recategorized as Crisis Pregnancy Centers**
by Yelp's moderators during a manual evaluation of **55,600+** reproductive health service business pages[*]



> *"With this latest in-app addition, Yelp is finally articulating, on the user-facing side, the main problem with CPC's and other centers like them: the harmful spread of misinformation and medically-inaccurate care that does nothing to support the reproductive rights of people on the ground."*
>
> — <u>Mashable</u>, 2022

---

[*]   *Data is sourced from the U.S., Canada and Puerto Rico.*



## Bringing More Restaurant Inspection Data to Yelp

For nearly a decade, Yelp has heavily invested in expanding access to vital public health information to help consumers make more informed decisions about where to dine.

In March 2022, Yelp expanded this effort by partnering with Hazel Analytics to make restaurant health inspection data accessible across the U.S. and Canada, bringing consumers information about food safety, health scores, and inspection violations. In a recent report from Hazel Analytics, inspection violations related to having food safety certified and trained staff present have seen the highest increase, up **30%** from pre-pandemic levels.†

Learn more about Yelp's health score program here.

**882,800+**
**business pages display health inspection information**
on Yelp as of December 31, 2022*

### Where Health Inspection Data is Available on Yelp
as of December 31, 2022*

**48**
**U.S. states + Washington D.C.**
Not available in Connecticut
and New Mexico

**7**
**Canadian provinces**
Not available in Quebec,
Manitoba, New Brunswick

**Yelp is surfacing information about health inspection jurisdictions representing approximately 80% of the U.S. population and 66% of the Canadian population***



---

*   *Data is sourced from the U.S. and Canada.*
†   *Hazel Analytics, COVID-19 and Food Service Inspections Regulatory Impact Analysis: Part XII, Data as of October 15, 2022.*



# Moderating Business Pages that Gain Public Attention Through Media Attention Alerts

When a business gains public attention, consumers often come to Yelp to express their opinions through reviews. However, Yelp's Content Guidelines require that all reviews must be based on genuine, first-hand consumer experiences, even if we may agree with the points of view expressed. As part of our Consumer Alerts program, we may place one of our Media Attention Alerts on a business page and temporarily disable the ability to post reviews to thwart attempts to artificially inflate or deflate a business's star rating, which can mislead consumers and hurt businesses.

After this activity has dramatically decreased or stopped, our moderators will remove the alert and clean up the page so that only first-hand consumer experiences are reflected.

**74,500+**
**reviews removed**
associated with a business gaining public attention[*]

## Unusual Activity Alerts

We place these alerts when a business, after gaining public attention, receives an influx of Yelp reviews that do not reflect first-hand experiences.

**1,900+**
**Unusual Activity Alerts**
placed on business pages in 2022[*]

**57,600+**
**reviews removed**
that were associated with Unusual Activity Alerts[*]

## Public Attention Alerts

We place these alerts to inform consumers when a business receives an influx of Yelp reviews related to the business gaining public attention for either being accused of, or the target of, racist behavior.

When there's resounding evidence of egregious, racist actions from a business owner or employee, and after a thorough investigation of media reports about the alleged incident, we may escalate a Public Attention Alert to a Business Accused of Racist Behavior Alert. Incidents that warrant this type of escalation are extremely rare. In fact, only **3** businesses out of the millions of business pages on Yelp received this alert in 2022, leading to the removal of **700+** reviews for not representing first-hand experiences with the businesses.[*]

**197**
**Public Attention Alerts**
placed on business pages in 2022[*]

**16,100+**
**reviews removed**
that were associated with Public Attention Alerts[*]

---

[*]   *Data is sourced from the U.S. only.*



## Media-fueled Incidents in 2022



**87**

**business pages**

received an Unusual Activity Alert in 2022, resulting in the removal of more than **4,000 reviews, for incidents related to politics or political figures**[*]

**149**

**business pages**

received an Unusual Activity Alert in 2022, resulting in the removal of more than **7,400 reviews, for incidents related to alleged criminal implications and activity** (including animal cruelty, homicide, assault, child neglect, etc.)[*]

**276**

**business pages**

received an Unusual Activity Alert or Public Attention Alert in 2022, resulting in the removal of more than **20,900 reviews, for incidents related to alleged discrimination** (including racism, anti-Semitism, anti-LGBTQ+ sentiment, ableism, etc.)[*]

### Deep Dive: Influx of Reviews on Crisis Pregnancy Center Pages

In July 2022, a coordinated effort to spam crisis pregnancy centers on review platforms caused Yelp to see a large influx of reviews that did not reflect first-hand consumer experiences on these business pages, and instead were statements of ideological stances. To be clear, Yelp condemns any attempts to mislead people seeking out abortion care. However, in accordance with our content policies, we temporarily placed Unusual Activity Alerts across more than **1,080** Yelp pages categorized as Crisis Pregnancy Centers to briefly disable the ability to spam them with reviews while our moderators confirmed that only first-hand consumer experiences were reflected.[*] In total, we removed more than **26,000** reviews related to this incident.

It's important to note that Yelp regularly audits reproductive healthcare providers on our platform to improve the accuracy of our categorization of these businesses. On Yelp, crisis pregnancy centers are not eligible to advertise and do not appear in results when consumers search for abortion services. Learn more about Yelp's efforts on page 11.



# Protecting Consumers from Abuses of the Legal System

Reviewers have a First Amendment right to share their opinions, whether positive or critical, and we don't give in to legal demands intended to silence consumers. That's why we defend our users by often objecting to demands that seek personal information about user accounts. In fact, according to a survey conducted by Material, **88%** of respondents said they expect review platforms to protect their personal information from disclosure if a business they've reviewed takes legal steps to uncover their identity.[†]

We evaluate each individual request contained in the legal demands that we receive to determine whether the request is legitimate and legally sound. We have even gone to court in certain circumstances to protect users' personal information from litigious business owners. When we are required by law to disclose user account information, we notify users of the legal demands beforehand, unless Yelp is prohibited by law or in other exceptional situations.

In 2022, about **80%** of resolved legal demands from law enforcement, government agencies and private parties resulted in no production of personal information by Yelp.[*]

**92%**
**of all user accounts**
that were the subject of legal demands in 2022 did not have their personal information produced[*]



### Yelp Avoided Producing Information Related to 84% of User Accounts
that were the subject of legal demands from **law enforcement and government agencies** in 2022[*]

**346**
user accounts did not have personal information produced

**410**
user accounts were at issue within **53** legal demands

**Yelp successfully resisted 73% of government demands**, avoiding disclosure of non-public user account information to law enforcement and government agencies.[*]



### Yelp Avoided Producing Information Related to 97% of User Accounts
that were the subject of legal demands from **private parties** in 2022[*]

**602**
user accounts did not have personal information produced

**623**
user accounts were at issue within **46** legal demands

**Yelp successfully resisted 85% of civil legal demands**, avoiding disclosure of non-public user account information to business owners and others.[*]

### Deep Dive: Lawyer Attempts to Identify a Reviewer

In 2022, a lawyer attempted to leverage the legal system in California to obtain information about a Yelp reviewer who was critical of their legal work on a case. Yelp opposed the lawyer's motion to identify the user, and the state court sided with Yelp in December, agreeing that the right to speak under a pseudonym is constitutionally protected and has long been recognized for the important information it allows individuals to contribute to public discourse. The reviewer's personal information was protected when the court ruled that the allegedly "defamatory comments" were based on opinions, not facts, and cannot be actionable.

---

[*]   *Data is sourced from the U.S. only.*
[†]   *Material Survey 2022.*



## Questionable Legal Threat Alerts

When we have evidence that a business may be abusing the legal system to intimidate or silence a reviewer, we may display a Questionable Legal Threats Alert on a business page as part of our Consumer Alerts program. For example, we typically place these alerts when we learn of dubious legal threats or contractual gag clauses.

Reviewers have a First Amendment right to honestly describe their experiences with local businesses, and we believe consumers should know when a business tries to deny them that right.

**48**
**Questionable Legal Threat Alerts**
placed on business pages in 2022*



**Where Legal Threat Alerts Stemmed From in 2022**

Gag Clauses and Legal Threats **4%**

Legal Threats **21%**

Gag Clauses **52%**
*Gag clauses are contractual terms that attempt to prohibit consumers from posting feedback about goods or services, which are largely illegal under federal and state law*

Legal Action **23%**
*e.g., meritless lawsuits targeting a user's critical reviews, often considered SLAPPs*

# Conclusion

For nearly two decades, Yelp has prioritized providing access to reliable and useful information to help consumers make informed spending decisions. Fighting misinformation and deceptive behavior is something we invested in early on, built our platform around, and established systems and processes that were designed to scale over time. We take robust measures to constantly evolve our processes so that we can stay two steps ahead as bad actors are always attempting new strategies.

To learn more about the ways Yelp maintains the integrity and quality of our content, visit trust.yelp.com.

---

*   *Data is sourced from the U.S. only.*



# 2022 Trust & Safety Report

For media inquiries, email press@yelp.com.