1  THOMAS R. BURKE (CA Bar No. 141930)
     thomasburke@dwt.com
2  DAVIS WRIGHT TREMAINE LLP
   50 California Street, 23rd Floor
3  San Francisco, California 94111
   Telephone: (415) 276-6500
4
5  AMBIKA KUMAR (*pro hac vice*)
     ambikakumar@dwt.com
6  SARA A. FAIRCHILD (*pro hac* vice)
     sarafairchild@dwt.com
7  DAVIS WRIGHT TREMAINE LLP
   920 Fifth Avenue, Suite 3300
   Seattle, Washington 98104
8  Telephone: (206) 757-8030

9  ADAM S. SIEFF (CA Bar No. 302030)
     adamsieff@dwt.com
10 DAVIS WRIGHT TREMAINE LLP
   865 South Figueroa Street, 24th Floor
11 Los Angeles, California 90017
   Telephone: (213) 633-6800
12

13 Attorneys for Plaintiff
   YELP INC.
14

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| YELP INC., | Case No. 3:23-cv-04977-TLT |
| Plaintiff, | **STIPULATION TO CONTINUE HEARING DATE ON DEFENDANT'S MOTION TO DISMISS; AND [PROPOSED] ORDER** |
| v. | |
| KEN PAXTON, ATTORNEY GENERAL OF THE STATE OF TEXAS, in his official capacity, | Date: February 20, 2024<br>Time: 2:00 p.m.<br>Dept.: Courtroom 09 |
| Defendant. | Action Filed: September 27, 2023 |

STIPULATION TO CONTINUE HEARING DATE ON
DEFENDANT'S MOTION TO DISMISS
Case No. 3:23-cv-04977-TLT

DAVIS WRIGHT TREMAINE LLP
50 CALIFORNIA STREET, 23RD FLOOR
SAN FRANCISCO, CALIFORNIA 94111
Tel: (415) 276-6500

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiff Yelp Inc. ("Yelp") and Defendant Ken Paxton, Attorney General of the State of Texas, stipulate and respectfully request as follows:

WHEREAS, Defendant filed a Motion to Dismiss on October 16, 2023, with a hearing date of January 23, 2024 (Dkt. 25);

WHEREAS, the hearing date on Defendant's Motion to Dismiss was continued to February 20, 2024 (Dkt. 26);

WHEREAS, lead counsel for Plaintiff will be out of the country on February 20, 2024;

NOW THEREFORE, the Parties hereby jointly stipulate and agree as follows:

The hearing on Defendant's Motion to Dismiss will be heard April 9, 2024, at 2:00 p.m. in San Francisco, Courtroom 9, 19th Floor before Judge Trina L. Thompson.  The continuance of the hearing on Defendant's Motion to Dismiss will not necessarily affect any other deadlines in this matter.

IT IS SO STIPULATED.

DATED:  January 4, 2024               Respectfully submitted,

                                      DAVIS WRIGHT TREMAINE LLP

                                      By: */s/ Ambika Kumar*
                                          AMBIKA KUMAR

                                      Attorneys for Plaintiff
                                      Yelp, Inc.

DATED:  January 4, 2024               Respectfully submitted,

                                      KEN PAXTON, ATTORNEY GENERAL OF THE STATE OF TEXAS

                                      By: */s/ Scott Froman*
                                          SCOTT FROMAN

                                      Attorneys for Defendant
                                      Ken Paxton, Attorney General of the State of Texas

STIPULATION TO CONTINUE HEARING DATE ON DEFENDANT'S MOTION TO DISMISS
Case No. 3:23-cv-04977-TLT

1

DAVIS WRIGHT TREMAINE LLP
50 CALIFORNIA STREET, 23RD FLOOR
SAN FRANCISCO, CALIFORNIA 94111
Tel: (415) 276-6500

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

3  DATED this _____ day of January, 2024.

_____
Hon. Trina L. Thompson
UNITED STATES DISTRICT JUDGE

2

STIPULATION TO CONTINUE HEARING DATE ON
DEFENDANT'S MOTION TO DISMISS
Case No. 3:23-cv-04977-TLT

DAVIS WRIGHT TREMAINE LLP
50 CALIFORNIA STREET, 23RD FLOOR
SAN FRANCISCO, CALIFORNIA 94111
Tel: (415) 276-6500

**CERTIFICATION OF SERVICE AND COMPLIANCE**

I, Ambika Kumar, hereby certify that pursuant to N.D. Cal. Civil L.R. 5-1(i)(3), I have obtained authorization from the above signatories to file the above-referenced document and that they have concurred in the filing's content.  I further certify that I have served all parties with the foregoing by the Court's ECF filing system.

Dated:  January 4, 2024.

                Respectfully submitted,

                DAVIS WRIGHT TREMAINE LLP

                By:  */s/ Ambika Kumar*
                        Ambika Kumar

                Attorneys for Plaintiff
                Yelp Inc.

STIPULATION TO CONTINUE HEARING DATE ON DEFENDANT'S MOTION TO DISMISS
Case No. 3:23-cv-04977-TLT

3

DAVIS WRIGHT TREMAINE LLP
50 CALIFORNIA STREET, 23RD FLOOR
SAN FRANCISCO, CALIFORNIA 94111
Tel: (415) 276-6500